**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| GEVORG KARAGARYAN, | No. 07-74442 |
| Petitioner, | Agency No. A096-056-990 |
| v. | |
| ERIC H. HOLDER, Jr., Attorney General, | MEMORANDUM* |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted July 19, 2010**

Before:      B. FLETCHER, REINHARDT, and WARDLAW, Circuit Judges.

Gevorg Karagaryan, a native of the former Soviet Union and citizen of

Armenia, petitions for review of the Board of Immigration Appeals' ("BIA") order

dismissing his appeal from an immigration judge's decision denying his

application for asylum, withholding of removal, and protection under the

---

      *      This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

      **      The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).  Accordingly, Karagaryan's
request for oral argument is denied.

Convention Against Torture ("CAT"). We have jurisdiction under 8 U.S.C. § 1252. We review for substantial evidence, *INS v. Elias-Zacarias*, 502 U.S. 478, 481 n.1 (1992), and we grant in part and deny in part the petition for review, and remand.

Karagaryan witnessed harm to his father when he was a small child. Because the IJ did not have, and the BIA may not have had, the benefit of our decision in *Hernandez-Ortiz v. Gonzales* in analyzing Karagaryan's asylum and withholding of removal claims, we grant the petition and remand for further proceedings as to those claims. *See Hernandez-Ortiz v. Gonzales*, 496 F.3d 1042, 1046 (9th Cir. 2007) (agency erred by failing to look at events forming the basis of past persecution from child's perspective and measure the degree of injury by the impact on children of that age); *see also INS v. Ventura*, 537 U.S. 12, 16-18 (2002) (per curiam).

Substantial evidence supports the BIA's denial of CAT relief because Karagaryan failed to establish it is more likely than not he will be tortured in Armenia. *See Wakkary v. Holder*, 558 F.3d 1049, 1067-68 (9th Cir. 2009).

Each party shall bear its own costs for this petition for review.

**PETITION FOR REVIEW GRANTED in part; DENIED in part; REMANDED.**

07-74442